UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 27 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>HECTOR IBARRA-ALATORRE,<br><br>　　　　　　　　Defendant. | CASE NO. 09-0126-W<br><br><br>JUDGMENT OF DISMISSAL |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense of: 8 USC 1326(a)&(b).

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/27/09

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　THOMAS J. WHELAN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE